JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDREW TATE,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 2:26-cv-07958-SB

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, the motion to vacate Petitioner Andrew Tate's sentence pursuant to 28 U.S.C. § 2255 is denied.

This is a final judgment.

Date: October 30, 2026

Stanley Blumenfeld, Jr.
United States District Judge